IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ESTES EXPRESS LINES | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 02-3526 |
| | : | |
| THE EASTLAND GROUP, INC. | : | |

## ORDER

AND NOW, this 25th day of September, 2002, it is hereby ORDERED that:

An evidentiary hearing on Plaintiff's Application for Entry of Default Judgment shall be held on October 17, 2002, at 9:30 a.m. At the hearing, Plaintiff shall introduce (a) sufficient evidence for the Court to determine the amount of damages and (b) sufficient evidence in support of its claim for attorney fees, including time records and evidence of appropriate hourly rates, and any costs for which recovery is sought.

Plaintiff's counsel is directed to serve this Order on Defendant by regular and certified mail or by personal service. An affidavit of service shall be provided to the Court prior to the hearing.

BY THE COURT:

_____
**MICHAEL M. BAYLSON, U.S.D.J.**

cc    Paul D. Keenan, Esquire (fax)

O:\Orders\Estes Express Lines Hearing.wpd