LAW OFFICES

# JANSSEN & KEENAN P.C.

KENNETH J. GRUNFELD
DIRECT DIAL: 215-599-7245
KGRUNFELD@JANSSENKEENAN.COM

ONE COMMERCE SQUARE
SUITE 2050
2005 MARKET STREET
PHILADELPHIA, PA 19103

(FAX) 215-665-8887

NEW JERSEY OFFICE
SOCIETY HILL OFFICE PARK
SUITE 8
1874 MARLTON PIKE (ROUTE 70)
CHERRY HILL, NJ 08003
(856) 489-6350

October 28, 2002

***VIA FIRST CLASS MAIL &***
***CERTIFIED MAIL - RETURN RECEIPT REQUESTED***

THE EASTLAND GROUP, INC.
13440 East Damar Drive
Philadelphia, PA 19116

      Re:    **Estes Express Lines v. The Eastland Group, Inc.**
               U.S.D.C., Eastern District of Pa., Civil Action No. 02-CV-3526
               *Our File No. 1511.046*

To Whom It May Concern:

      Enclosed you will find an Order from the Court scheduling an evidentiary hearing for Estes' Application for Entry of Default in the above-referenced matter. The hearing is scheduled for **October 17, 2002 at 9:30 a.m.**

      Your attention to this matter is required.

                                  Very truly yours,

                                  **JANSSEN & KEENAN P.C.**

                          By:   _____
                                 Kenneth J. Grunfeld

KJG/klh
Enclosure

THE EASTLAND GROUP, INC.
October 1, 2002
Page 2


bcc:    David Jones (w/encl.--via telecopier)